**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANTHONY PARA,<br><br>    Defendant.                                             / | No. CR-05-0735 MMC<br><br>**ORDER DISCONTINUING SERVICE BY MAIL** |

A review of the file indicates that the following attorney,

Brian F. Russo
Attorney at Law
111 West Monroe Street, Suite 1212
Phoenix, AZ 85003

has failed to register for electronic service in this e-filing case. In an e-filing case the clerk does not serve counsel by mail with orders e-filed by the Court. See General Order 45(IX)(D). If counsel wish to be served with documents filed by the Court, counsel must register pursuant to Civil Local Rule 5-4 and General Order 45. Forms and instructions concerning registration can be found on the district court's web site at ecf.cand.uscourts.gov.

    **IT IS SO ORDERED.**

Dated: March 16, 2006

                                                  /s/ Maxine M. Chesney
                                                  MAXINE M. CHESNEY
                                                  United States District Judge