UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

E-Filing

UNITED STATES OF AMERICA,

Plaintiff(s),

v.

ANTHONY PARA,

Defendant(s).

CASE NO. CR-05-0735-MMC

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Brian F. Russo, an active member in good standing of the bar of United States District Court of Arizona, (particular court to which applicant is admitted) whose business address and telephone number is 111 West Monroe Street, Suite 1212, Phoenix, Arizona, 85003, (602) 340-1133.

Brian F. Russo, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing defendant Anthony Para,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: MAR 3 0 2006

Maxine M. Chesney
United States District Judge