# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

E-Filing

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| vs. | Docket Number: CR 05-00735-1 MMC |
| **Anthony Para** | |

### ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for November 29, 2006 be continued until January 24, 2007 at 2:30 p.m.

Date: OCT 3 1 2006

Maxine M. Chesney
United States District Judge

NDC-PSR-009 12/06/04