**Brian F. Russo (018594)**
**Attorney at Law**
111 West Monroe Street
Suite 1212
Phoenix, Arizona 85003
(602) 340-1133 telephone
(602) 258-9179 facsimile
e-mail: bfrusso@att.net

Attorney for Defendant Anthony Para

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 05 735 MMC |
| Plaintiff, | **MOTION TO CONTINUE SENTENCING AND [~~PROPOSED~~] ORDER** |
| vs. | |
| ANTHONY PARA, | Date: January 24, 2007 |
| Defendant. | |

    COMES NOW the defendant, by and through his attorney, Brian F. Russo, and hereby moves this Honorable Court for an order continuing the sentencing currently scheduled for January 24, 2007, for a period of thirty days based on the following reasons.

    The defendant has not conferred with the Government concerning sentencing recommendation.  Based upon the Government's recommendation the defendant may need to prepare and file a response if necessary.  Also, defendant may need additional time to acquisition certain documents.

Counsel attempted to contact Assistant United States Attorney Thomas Mazzucco concerning the continuance requested herein. Unfortunately, Mr. Mazzucco was unavailable for his position.

WHEREFORE, for the foregoing reasons, defendant respectfully requests the sentencing be continued for a period of thirty days.

It is expected that excludable delay under 18 U.S.C. §3161(h)(8)(A), (B)(i) and (h)(1)(f) may result from this motion or from an order based thereon.

Dated: January 19, 2007            /s/Brian F. Russo
                                   Brian F. Russo
                                   Attorney for Defendant Para

Based on the foregoing Motion to Continue Sentencing, having no objection by the United States Government, and for good cause shown, IT IS HEREBY ORDERED that the sentencing be continued to the __21st__ day of __February__ 2007, at _____2:30 p.__ m. IT IS FURTHER ORDERED that excludable delay under Title 18 U.S.C. 3161(h)(8)(A) will commence on January 24, 2007 for a total of ____28_____ days.

Dated  January 22, 2007            _____
                                   MAXINE M CHESNEY
                                   Judge of the United States District Court

2