**Brian F. Russo (018594)**
**Attorney at Law**
111 West Monroe Street
Suite 1212
Phoenix, Arizona 85003
(602) 340-1133 telephone
(602) 258-9179 facsimile
e-mail: bfrusso@att.net

Attorney for Defendant Anthony Para

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  )<br>                       )<br>        Plaintiff,          )<br>                       )<br>     vs.                )<br>                       )<br>**ANTHONY PARA,**              )<br>                       )<br>        Defendant.         )<br>_____) | Case No. CR 05 735 MMC<br><br>**DEFENDANT'S REQUEST FOR TRAVEL AND [PROPOSED] ORDER** |

  COMES NOW the defendant, by and through his attorney, Brian F. Russo, and hereby moves this Honorable Court for an Order granting defendant leave to travel outside the state of California from February 16, 2007 through February 18, 2007, to and from Las Vegas, Nevada.  2006.

  Defendant will be attending the NBA All Star basketball game.  Defendant will be staying at the Rio Hotel, 3700 West Flamingo Road, Las Vegas, Nevada, 89103, 866-746-7671.

  Undersigned Counsel has spoken with Assistant United States Attorney Thomas Mazzuco who has expressed no objection to defendant's request for travel.

1 | WHEREFORE, for the foregoing reasons, defendant respectfully requests he be allowed to travel to and from Las Vegas, Nevada February 16, 2007 through February 18, 2007.

It is expected that excludable delay under 18 U.S.C. §3161(h)(8)(A), (B)(i) and (h)(1)(f) may result from this motion or from an order based thereon.

Dated this 14th day of February, 2007.

        /s/ Brian F. Russo
        Brian F. Russo
        Attorney for Defendant Para

Based on the foregoing Request for Travel, having no objection by the United States Government, and for good cause shown, IT IS HEREBY ORDERED allowing defendant to travel to and from Las Vegas, Nevada, February 16, 2007 through February 18, 2007.

IT IS FURTHER ORDERED that excludable delay under Title 18 U.S.C. 3161(h)(8)(A) will commence on _____ for a total of _____ days.

Dated  February 14, 2007       /s/ Maxine M. Chesney

        MAXINE M CHESNEY
        Judge of the United States District Court