**Brian F. Russo (018594)**
**Attorney at Law**
111 West Monroe Street
Suite 1212
Phoenix, Arizona 85003
(602) 340-1133 telephone
(602) 258-9179 facsimile
e-mail: bfrusso@att.net

Attorney for Defendant Anthony Para

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Case No. CR 05 735 MMC |
| ) | |
| Plaintiff, ) | **STIPULATED MOTION TO** |
| ) | **CONTINUE SENTENCING AND** |
| vs. ) | **[PROPOSED] ORDER** |
| ) | |
| **ANTHONY PARA,** ) | Date: March 21, 2007 |
| ) | |
| Defendant. ) | |
| _____ ) | |

COMES NOW the defendant, by and through his attorney, Brian F. Russo, and hereby moves this Honorable Court for an order continuing the sentencing currently scheduled for March 21, 2007, to April 25, 2007, based on the following reasons.

The defendant respectfully requests the additional time to gather the necessary materials for sentencing purposes as discussed on the record at the previous hearing on February 21, 2007.

Counsel has spoken with Assistant United States Attorney Thomas Mazzucco, who has expressed no objection to the continuance requested herein.

WHEREFORE, for the foregoing reasons, defendant respectfully requests the sentencing be continued to April 25, 2007.

It is expected that excludable delay under 18 U.S.C. §3161(h)(8)(A), (B)(i) and (h)(1)(f) may result from this motion or from an order based thereon.

Dated: March 15, 2007

/s/Brian F.  Russo
Brian F. Russo
Attorney for Defendant Para

/s/ Thomas P. Mazzucco
Thomas P. Mazzucco
Assistant U.S. Attorney

Based on the foregoing Motion to Continue Sentencing, having no objection by the United States Government, and for good cause shown, IT IS HEREBY ORDERED that the sentencing be continue to the ___25th___ day of ___April___ 2007, at _____2:30 p.__m.  IT IS FURTHER ORDERED that excludable delay under Title 18 U.S.C.  3161(h)(8)(A) will commence on  March 15, 2007 for a total of _____41_____ days.

Dated ___March 15, 2007___

MAXINE M CHESNEY
Judge of the United States District Court

2