**Brian F. Russo (018594)**
**Attorney at Law**
111 West Monroe Street
Suite 1212
Phoenix, Arizona 85003
(602) 340-1133 telephone
(602) 258-9179 facsimile
e-mail: bfrusso@att.net

Attorney for Defendant Anthony Para

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Case No. CR 05 735 MMC |
| ) | |
| Plaintiff, ) | **MOTION TO CONTINUE** |
| ) | **SENTENCING AND [PROPOSED]** |
| vs. ) | **ORDER** |
| ) | |
| **ANTHONY PARA,** ) | Date: May 23, 2007 at 2:30 p.m. |
| ) | |
| Defendant. ) | |
| ) | |

   COMES NOW the defendant, by and through his attorney, Brian F. Russo, and hereby moves this Honorable Court for an order continuing the sentencing currently scheduled for May 23, 2007, to June 13, 2007, based on the following reasons.

   Defendant and the Government are in ongoing negotiations concerning sentencing issues.  Both parties believe a continuance will insure the best possible resolution in this matter.  A continuance will insure effective representation of the defendant.  Counsel has spoken with Assistant United States Attorney Thomas

Mazzucco and the Probation Department concerning the continuance requested herein. Both of whom have expressed no objection to a continuance.

WHEREFORE, for the foregoing reasons, defendant respectfully requests the sentencing be continued to June 13, 2007.

It is expected that excludable delay under 18 U.S.C. §3161(h)(8)(A), (B)(i) and (h)(1)(f) may result from this motion or from an order based thereon.

Dated: May 22, 2007        /s/Brian F. Russo
                           Brian F. Russo
                           Attorney for Defendant Para


Based on the foregoing Motion to Continue Sentencing, having no objection by the United States Government, and for good cause shown, IT IS HEREBY ORDERED that the sentencing be continue to the __20th__ day of __June__ 2007, at ____2:30 p.____ m. ~~IT IS FURTHER ORDERED that excludable delay under Title 18 U.S.C. 3161(h)(8)(A) will commence on _____ for a total of _____ days.~~

Dated __May 22, 2007__         /s/ Maxine M. Chesney

                               MAXINE M CHESNEY
                               Judge of the United States District Court