**Brian F. Russo (018594)**
**Attorney at Law**
111 West Monroe Street
Suite 1212
Phoenix, Arizona 85003
(602) 340-1133 telephone
(602) 258-9179 facsimile
e-mail: bfrusso@att.net

Attorney for Defendant Anthony Para

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 05 735 MMC |
| Plaintiff, | **MOTION TO CONTINUE SENTENCING AND [PROPOSED] ORDER** |
| vs. | |
| ANTHONY PARA, | Date: June 20, 2007 at 2:30 p.m. |
| Defendant. | |

COMES NOW the defendant, by and through his attorney, Brian F. Russo, and hereby moves this Honorable Court for an order continuing the sentencing currently scheduled for June 20, 2007 based on the following reasons.

Defendant and the Government are in ongoing negotiations concerning sentencing issues. Both parties believe a continuance will insure the best possible resolution in this matter.

In addition, Assistant United States Attorney Thomas Mazzucco will be out of the country on June 20. Mr. Mazzucco has no objection to a continuance.

1

WHEREFORE, for the foregoing reasons, defendant respectfully requests the sentencing be continued to July 18, 2007.

It is expected that excludable delay under 18 U.S.C. §3161(h)(8)(A), (B)(i) and (h)(1)(f) may result from this motion or from an order based thereon.

Dated: June 7, 2007                    /s/Brian F. Russo
                                       Brian F. Russo
                                       Attorney for Defendant Para

Based on the foregoing Motion to Continue Sentencing, having no objection by the United States Government, and for good cause shown, IT IS HEREBY ORDERED that the sentencing be continue to the __25th__ day of __July__ 2007, at _____2:30 p.__ m. IT IS FURTHER ORDERED that excludable delay under Title 18 U.S.C. 3161(h)(8)(A) will commence on June 20, 2007 for a total of _____35_____ days.

Dated __June 8, 2007__                 _/s/ Maxine M. Chesney_

                                       MAXINE M CHESNEY
                                       Judge of the United States District Court