**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                 No. CR-05-0735 MMC

12          Plaintiff,                         **ORDER RE: DEFENDANT'S MOTION
                                               FOR EARLY TERMINATION OF**
13     v.                                      **PROBATION**

14   ANTHONY PARA,

15          Defendant.

16   _____/

17

18          The Court is in receipt of defendant Anthony Para's Motion for Early Termination of

19   Probation, filed July 16, 2008.

20          Defendant has failed, however, to notice the motion for hearing.  If defendant wishes

21   the Court to rule on the motion, defendant must notice the motion for hearing and,

22   additionally, serve a copy of the motion, along with a copy of the notice, upon the assigned

23   United States Probation Officer.  If such notice is not filed and served on or before July 25,

24   2008, the motion will be denied.

25          **IT IS SO ORDERED.**

26
                                               MAXINE M. CHESNEY
27   Dated: July 21, 2008                       United States District Judge

28