**Brian F. Russo** (018594)
111 West Monroe Street
Suite 1212
Phoenix, Arizona 85003
(602) 340-1133 telephone
(602) 258-9179 facsimile
E-mail: bfrusso@att.net

Attorney for Defendant Anthony Para

**DENIED**
*Maxine M. Chesney*
Judge Maxine M. Chesney

Dated: August 26, 2008

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY PARA,<br><br>Defendant. | Case No. CR-05-0735 MMC<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO CONTINUE DEFENDANT'S EARLY TERMINATION MOTION HEARING** |

COMES NOW the Defendant, by and through counsel undersigned and hereby gives Notice of his Motion to Continue the Hearing set for August 27, 2008 at 2:30 p.m. before the Honorable Maxine Chesney, United States District Court Judge to October 8, 2008 at 2:30 p.m.  Notice is hereby given to Assistant United States Attorney Thomas Mazzucco and to United States Probation Officer Nicole Fairchild of the Motion and hearing date as set forth above.

1

The Defendant's Motion to Continue is based on the following. Counsel for the Defendant spoke with Mr. Para's probation officer, Nicole Fairchild who indicated that the Defendant had two positive test results for drug use. She further indicated that the positive tests were from March and April. However, neither the Defendnat nor the Court were notified of these positive tests and the Defendnat was not given an opportunity close in time to the allegations to gather independent evidence. Nevertheless, Counsel learned from the administrator of the program that Defendnat attended, that Mr. Para had never had a positive test while participating in that program.

As a result of the conflicting information, Counsel asked to view the results of the test. Cousnel was informed by Ms. Fairchild that she possessed the results, but could not forward the results to Counsel. She did however state that the Defendnat could personally observe them. The Defendant subsequently made an appointment with Ms. Fairchild and appeared at her office to observe the test results. Suspiciously though, the results were removed from the file according to Ms. Fairchild and Mr. Para was unable to observe them. To date, no verifiable information has been produced to substantiate the claim that Mr. Para has had two positive drug tests.

Counsel has spoken with AUSA Thomas Mazzucco who is going to obtain the results and produce those results to Counsel. Thus, additional time is needed to obtain and review the evidence in support of the above mentioned allegations. It should also be noted that Mr. Para was informed by probation that if he did not have positive test results he would be a good candidate for early termination.

RESPECTFULLY SUBMITTED this 25th day of August, 2008

/S/ Brian F. Russo
Brian F. Russo
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2008, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Thomas Phillip Mazzucco    tom.mazzucco@usdoj.gov

Nicole Fairchild    Nicole_Fairchild@canp.uscourts.gov

/s/ Brian F. Russo
Brian F. Russo