Brian F. Russo (018594)
**Attorney at Law**
111 West Monroe Street
Suite 1212
Phoenix, Arizona 85003
(602) 340-1133 telephone
(602) 258-9179 facsimile
e-mail: bfrusso@att.net

Attorney for Defendant Anthony Para

**GRANTED**
*/s/ Maxine M. Chesney*
Judge Maxine M. Chesney

Dated: August 26, 2008

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 05 735 MMC |
| Plaintiff, | **DEFENDANT'S MOTION TO WITHDRAW MOTION FOR EARLY TERMINATION** |
| vs. | |
| ANTHONY PARA, | Date: August 26, 2008 |
| Defendant. | |

COMES NOW the Defendant, by and through Counsel, Brian F. Russo, and hereby respectfully requests that his motion for early termination be withdrawn and vacated from the court's calendar. The Defendant no longer wishes to pursue or move this court for early termination of probation at this time.

RESPECTFULLY SUBMITTED this 26th Day of August, 2008

/s/Brian F. Russo
Brian F. Russo
Attorney for Defendant Para

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2008, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Thomas Phillip Mazzucco     tom.mazzucco@usdoj.gov

Nicole Fairchild     Nicole_Fairchild@canp.uscourts.gov

      /s/ Brian F. Russo
Brian F. Russo